UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGENDER LAW CENTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 19-cv-03032-SK <br><br> **ORDER APPROVING STIPULATED SCHEDULE** <br><br> Regarding Docket No. 35 |

## **STIPULATION**

WHEREAS, on April 13, 2020, the Court issued an order stating that "the parties are directed to meet and confer regarding their timing for the production of a Vaughn index of withheld documents and cross-motions for summary judgment. The parties shall submit a joint proposed schedule or competing schedules for their cross-motions for summary judgment no later than April 20, 2020. The Court will consider only a single set of cross-motions for summary judgment" (ECF No. 34);

WHEREAS, pursuant to the current scheduling order, the parties shall complete ADR no later than May 11, 2020, and plaintiffs' motion for summary judgment shall be filed no later than June 1, 2020 (ECF No. 18);

WHEREAS, pursuant to the parties' meet and confer efforts and in an effort to narrow the scope of issues in dispute and reduce Court burdens, the parties have agreed that defendants will respond to a set of inquiries plaintiffs sent on April 17, 2020 regarding adequacy of search and ICE's document referrals on or before May 4, 2020; and

1  WHEREAS, to narrow the scope of issues in dispute and reduce Court burdens, the parties agree that they should mediate any outstanding disputes before preparing summary judgment motions, and that *Vaughn* indices would likely help in any such mediation.

IT IS THEREFORE STIPULATED by the parties to the above-captioned action, by and through their respective counsel of record, that:

On or before July 27, 2020, defendants will prepare and circulate to plaintiffs their respective *Vaughn* indices regarding the withholdings in this case;

The parties will mediate any outstanding disputes on or before August 17, 2020; and

If any disputes remain following the parties' mediation, they may file cross-motions for summary judgment on the following schedule:

- **August 31, 2020**: Defendants file the opening motion for summary judgment;

- **September 21, 2020**: Plaintiffs file their opposition to defendants' motion for summary judgment, as well as their cross-motion for summary judgment;

- **October 12, 2020**: Defendants file their reply to the motion for summary judgment, along with their opposition to plaintiffs' cross-motion for summary judgment; and

- **October 19, 2020**: Plaintiffs file their reply to the cross-motion for summary judgment.

IT IS SO STIPULATED.

DATED: April 20, 2020

Respectfully submitted,
DAVID L. ANDERSON
   United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI*
Assistant United States Attorney
Attorneys for Federal Defendants

DATED: April 20, 2020

Shawn Thomas Meerkamper (CA Bar No. 296964)
Transgender Law Center
P.O. Box 70976
Oakland, CA 94612
Phone: (510) 587-9696, ext. 303
Fax: (510) 587-9699
shawn@transgenderlawcenter.org

2

*/s/ R. Andrew Free*
R. Andrew Free (TN Bar No. 30513)
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
Phone:  (844) 321-3221
Fax:  (615) 829-8959
Andrew@ImmigrantCivilRights.com

*Counsel for the Plaintiffs*

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

On or before July 27, 2020, defendants shall prepare and circulate to plaintiffs their respective *Vaughn* indices regarding the withholdings in this case;

The parties shall mediate any outstanding disputes on or before August 17, 2020; and

If any disputes remain following the parties' mediation, the parties may file cross-motions for summary judgment on the following schedule:

- **August 31, 2020**:  Defendants file the opening motion for summary judgment, along with appropriate supporting documentation;

- **September 21, 2020**:  Plaintiffs file their opposition to defendants' motion for summary judgment, as well as their cross-motion for summary judgment;

- **October 12, 2020**:  Defendants file their reply to the motion for summary judgment, along with their opposition to plaintiffs' cross-motion for summary judgment; and

- **October 19, 2020**:  Plaintiffs file their reply to the cross-motion for summary judgment.

**IT IS SO ORDERED**.

Dated: April 22, 2020

_____
SALLIE KIM
United States Magistrate Judge