**SHAWN THOMAS MEERKAMPER** (CA Bar No. 296964)
Transgender Law Center
P.O. Box 70976
Oakland, CA, 94612
Phone: (510) 587-9696, ext. 303
Fax: (510) 587-9699
shawn@transgenderlawcenter.org

**R. ANDREW FREE*** (TN Bar No. 30513)
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
Phone: (844) 321-3221
Fax: (615) 829-8959
Andrew@ImmigrantCivilRights.com
*Admitted Pro Hac Vice*

**KIMBERLY A. EVANS** (DE Bar No. 5888)
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
Phone: (302) 622-7086
Fax: (302) 622-7100
kevans@gelaw.com
*Pro Hac Vice Admission Forthcoming*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TRANSGENDER LAW CENTER, and JOLENE K. YOUNGERS, as personal administrator for the wrongful death estate of Roxsana Hernandez, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY;  OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES – UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendants.* | Civil Action No.: 3:19-cv-03032-SK <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1

Civil Action No.: 3:19-cv-03032-SK

[Proposed] Order Granting Plaintiffs' Cross-Motion for Summary Judgment and Denying Defendants' Motion for Summary Judgment

Having considered the motion for summary judgment of defendants United States Immigration and Customs Enforcement, United States Department of Homeland Security, Office for Civil Rights and Civil Liberties -- United States Department of Homeland Security ("Defendants' Motion") and the cross-motion for summary judgment of plaintiffs Transgender Law Center and Jolene K. Youngers ("Plaintiffs' Cross-Motion"), and all papers filed in connection therewith, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.      Defendants' Motion is DENIED, and Plaintiffs' Cross-Motion is GRANTED.

2.      Plaintiffs are entitled to a Declaratory Judgment that Defendants failed to comply with the Freedom of Information Act's Deadlines as required by 5 U.S.C. § 552(a)(6)(A)(i-ii).

3.      Defendants unlawfully denied Plaintiffs' request for expedited processing of Plaintiffs' FOIA Requests.

4.      Defendants' searches were not adequate.  Defendants shall undertake a second effort to search for and produce all documents in response to Plaintiffs' FOIA Requests Nos. 2019-ICLI-00053, No. 2019-HQFO-00384, and No. 2020-ICFO-21832 within thirty (30) days of the date of this Order.  Defendants shall specifically make reasonable efforts to search for drafts of Roxsana Hernandez's mortality/morbidity review and any drafts and final versions of Ms. Hernandez's root cause analysis.

5.      Defendants' withholdings based on Exemption 5, Exemption 6, Exemption 7(C), and Exemption 7(E) are not lawful and Defendants failed to reasonably segregate non-exempt information. Defendants shall, within thirty (30) days of the date of this Order, re-produce all responsive records that they have identified to date without redacting or withholding anything based on these Exemptions.

6.      Defendants' proposed *Vaughn* Indices are inadequate and not specific.  Within thirty (30) days of the date of this Order, Defendants shall produce new *Vaughn* Indices that provide the specific basis of any withholding.

IT IS SO ORDERED on this _____ day of _____, 2020.

_____
HON. SALLIE KIM
United States District Court Judge

**[Proposed] Order Granting Plaintiffs' Cross-Motion for Summary
Judgment and Denying Defendants' Motion for Summary Judgment**