UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGENDER LAW CENTER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>　　　　　　Defendants. | Case No.  19-cv-03032-SK<br><br>**JUDGMENT** |

In accordance with the Court's Order granting in part and denying in part Defendants' motion for summary judgment and granting in part and denying in part Plaintiffs' cross-motion for summary judgment, judgment is HEREBY ENTERED.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 24, 2020

_____
SALLIE KIM
United States Magistrate Judge