FILED

JUN 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRANSGENDER LAW CENTER; JOLENE K. YOUNGERS, as personal administrator for the wrongful death estate of Roxsana Hernandez, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES - UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants-Appellees. | No.   20-17416 <br><br> D.C. No. 3:19-cv-03032-SK Northern District of California, San Francisco <br><br> ORDER |

Before: S.R. THOMAS and McKEOWN, Circuit Judges, and RESTANI,[*] Judge.

Defendant-Appellees' motion for an extension of time to file a petition for rehearing (Dkt. No. 54) is **GRANTED**. The petition for rehearing is now due on July 27, 2022.

---

[*] The Honorable Jane A. Restani, Judge for the United States Court of International Trade, sitting by designation.