UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGENDER LAW CENTER, et al., | Case No. 19-cv-03032-SK |
| Plaintiffs, | |
| v. | **ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | Regarding Docket No. 79 |
| Defendants. | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for February 6, 2023 shall be continued until May 8, 2023.  The parties shall submit a joint status report on or before May 1, 2023.

**IT IS SO ORDERED**.

Dated: January 31, 2023

_____
SALLIE KIM
United States Magistrate Judge