UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRANSGENDER LAW CENTER, et al., | Case No. 19-cv-03032-SK |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION TO VACATE FURTHER CASE MANAGEMENT CONFERENCE** |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Defendants. | Regarding Docket No. 87 |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for August 7, 2023 shall be taken off calendar. The parties shall submit a joint status report on or before October 2, 2023.

**IT IS SO ORDERED**.

Dated: August 1, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge