ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSGENDER LAW CENTER, *et al.*, | Case No. 3:19-cv-03032 SK |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | The Honorable Sallie Kim |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

Pursuant to Court order (ECF No. 88), the parties jointly submit this Status Report. The parties have been working cooperatively to resolve this case. Specifically, on February 8, 2023, the parties agreed upon an ESI search protocol for Defendants' supplemental searches, which Defendants have implemented. Defendants are processing the resulting records. Plaintiffs and Defendants have been cooperating to narrow the scope of potentially responsive records for review. CRCL made supplemental productions on May 31, 2023, June 30, 2023, July, 31, 2023, and September 30, 2023. On April 12, 2023, May 1, 2023, June 1, 2023, June 29, 2023, and August 31, 2023, ICE made supplemental productions of records pursuant to the agreed-upon protocol. On July 20, 2023, DHS's Office of Inspector General made one supplemental production referred by ICE. Defendant, CRCL has approximately 3,800 pages of potentially

responsive records remaining to process, and ICE has approximately 4,500 pages of potentially responsive records remaining to process.

In light of the progress made to date in this case, the parties' intention to resolve their disputes cooperatively wherever possible, and the fact that there are presently no disputes ripe for judicial intervention, subject to Court approval, the parties suggest that they file a joint status report on or before March 18, 2024.

Dated:  October 2, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jevechius D. Bernardoni**
Jevechius D. Bernardoni
Assistant United States Attorney

*/s/ Irene R. Lax*

Irene R. Lax
Grant & Eisenhofer PA
485 Lexington Ave., 29th Floor
New York, NY 10017
646-722-8512
ilax@gelaw.com
*Pro Hac Vice*

Mary Elizabeth Graham
Grant & Eisenhofer PA
2325 3rd St., Suite 329
San Francisco, CA 94107
(415) 293-8210
egraham@gelaw.com

*In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all other signatories have concurred in the filing of this document.*