ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TRANSGENDER LAW CENTER, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-03032 SK<br><br>**JOINT STATUS REPORT**<br><br>The Honorable Sallie Kim |

    Pursuant to Court order (ECF No. 8), the parties jointly submit this Status Report. Since the October 17, 2022 case management conference and the parties' May 1, 2023 Further Joint Case Management Statement (ECF No. 79), the parties have been working cooperatively to resolve this case. Specifically, on February 8, 2023, the parties agreed upon an ESI search protocol for Defendants' supplemental searches, which Defendants have implemented and now completed.

    Pursuant to the agreed-upon protocol, CRCL made supplemental productions on May 31, 2023, June 30, 2023, July, 31, 2023, September 30, 2023, November 2, 2023 December 1, 2023, and January 10, 2024. ICE made supplemental productions on April 12, 2023, May 1, 2023, June 1, 2023, June 29, 2023, August 31, 2023, and February 16, 2024. On July 20, 2023, DHS's Office of Inspector General made one supplemental production. Defendants have represented that all productions are now complete

as of February, 2024. Plaintiffs are currently reviewing the same to ensure they comply with the Order of the Ninth Circuit Court of Appeals decision: *Transgender Law Center v. Immigration Customs Enforcement, et al.*, 33 F.4th 1186 (9th Cir. 2022).

In light of the progress made to date in this case, the parties' intention to resolve their disputes cooperatively wherever possible, and the fact that there are presently no disputes ripe for judicial intervention, subject to Court approval, the parties suggest that they file a joint status report on or before June 17, 2024.

Dated:  March 18, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jevechius D. Bernardoni**
Jevechius D. Bernardoni
Assistant United States Attorney


*/s/ Cynthia B. Morgan*

Mary Elizabeth Graham
Grant & Eisenhofer PA
2325 3rd St., Suite 329
San Francisco, CA 94107
(415) 293-8210
egraham@gelaw.com

Cynthia B. Morgan, Esq.
Ken Massey, Esq.
123 S. Justison Street
Wilmington, DE 19801
P: (302) 622-7000
F: (302) 622-7100
cmorgan@gelaw.com
kmassey@gelaw.com

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all other signatories have concurred in the filing of this document.*